IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASCELLAHEALTH, LLC,**<br>          **Plaintiff/Counter-defendant,**<br><br>          v.<br><br>**CRx HEALTH SERVICES, LLC,**<br>          **Defendant/Counter-plaintiff.** | CIVIL ACTION<br><br>NO. 14-5949 |

# ORDER

    **AND NOW**, this 9th day of April, 2015, upon consideration of Plaintiff/Counter-defendant AscellaHealth, LLC's Motion to Dismiss Defendant's Counterclaim [ECF No. 22] and the Defendant/Counter-plaintiff's CRx Health Services, LLC's response in opposition thereto [ECF No. 23], and for the reasons provided in the Court's Memorandum Opinion of April 9, 2015 [ECF No. 28], **IT IS ORDERED** that the motion to dismiss is **DENIED**. The Plaintiff/Counter-defendant shall answer the Counterclaim within the time provided by the Federal Rules of Civil Procedure.

                                      BY THE COURT:

                                      /s/ Wendy Beetlestone
                                      _____
                                      **WENDY BEETLESTONE, J.**